JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edmund Sotelo,<br><br>PLAINTIFF(S)<br>v.<br><br>City of Oxnard, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 13-6039-PJW<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

  This action having been tried before the Court sitting with a jury, the Honorable Patrick J. Walsh, U.S. Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

  IT IS ORDERED AND ADJUDGED that the plaintiff:

Edmund Sotelo

take nothing; that the action be dismissed on the merits.

        Clerk, U. S. District Court

Dated: June 4, 2015  By /s/ Isabel Martinez
         Deputy Clerk

At: Los Angeles, California

cc: Counsel of record